**Affirmed and Opinion Filed December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00561-CR

---

**PATRICK LEE BULLOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81611-2013**

---

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Stoddart
Opinion by Chief Justice Wright

Patrick Lee Bullock waived a jury and pleaded guilty to online solicitation of a minor.

*See* TEX. PENAL CODE ANN. § 33.021(c) (West 2011). The trial court assessed punishment at ten

year's imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the

appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v.*

*California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record

showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d

807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to

appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se

response.  *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


Do Not Publish
TEX. R. APP. P. 47
140561F.U05


                                         /Carolyn Wright/
                                         CAROLYN WRIGHT
                                         CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PATRICK LEE BULLOCK, Appellant

No. 05-14-00561-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 199th Judicial District Court of Collin County, Texas (Tr.Ct.No. 199-81611-2013).
Opinion delivered by Chief Justice Wright, Justices Fillmore and Stoddart participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered December 1, 2015.